# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

            Plaintiff,    :    Case No. 1:08-CR-68(3)

  - vs -    :    Chief Judge Susan J. Dlott
                                    Magistrate Judge Michael R. Merz

CLARENCE NELSON,    :

           Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #212), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's second Motion for Reconsideration under Fed. R. Civ. P. 59(e) (Doc. #210) is DENIED.

November _9__, 2011                    ____s/ Susan J. Dlott____
                                                    Chief United States District Court Judge