IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| United States of America, | : | |
|---|---|---|
| Petitioner(s), | : | |
| | : | Case Number: 1:08cr68 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Clarence Nelson, | : | |
| Respondent(s). | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 6, 2013 a Report and Recommendations (Doc. 219). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 220).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, petitioner is **DENIED** a certificate of appealability on the order denying his third Motion for Reconsideration which is the only order from which Mr. Nelson has appealed.

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court